IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LORA A. DOUGLASS                                            PLAINTIFF

vs.                        Civil No. 6:17-cv-06035

NANCY A. BERRYHILL                                    DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 9th day of April 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                                           /s/ Barry A. Bryant
                                                                           HON. BARRY A. BRYANT
                                                                           U. S. MAGISTRATE JUDGE